IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 2:97-MJ-00015 |
| JUAN BAYONA et al | : | |

### ENTRY OF APPEARANCE

Comes now the United States of America, by Sally Quillian Yates, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, and files this ENTRY OF APPEARANCE. AUSA Roemer respectfully requests that she be added as counsel for the United States.

Respectfully submitted this 3rd day of May, 2011

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY


/S/MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
(404)581-6265
(404)581-6181 (Fax)

Georgia Bar No. 611790